Jewel Tea Co., Inc., a New York Corporation, Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, and Bongi Bros., Inc., Defendants-Appellees.

Gen. No. 47,966. 

First District, Second Division.

June 7, 1960.

 McDermott,
Will, and Emery, of Chicago (Richard S. Kelly, of counsel) for appellant; William J. Lynch and William S. Allen, of Chicago, for defendant-appellee Chicago Transit Authority, and Norman J. Barry, of Chicago, for defendants-appellees Chicago Transit Authority and Bongi Bros., Inc. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.